AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
DAVID DONALDSON

BEAR, DE 19701

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number: CR 05-83-UNA

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | 9/22/05 AT 1:00 PM |

** Please Report to the U.S. Marshal's Service in Room# 100 by 12:00 PM.

To answer a(n)
[X] Indictment   [ ] Information   [ ] Complaint   [X] Violation Notice   [ ] Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __1029(a)(5)__

Brief description of offense:

KNOWINGLY AND INTENTIONALLY COMMIT ACCESS DEVICE FRAUD ( COUNTS I & III );

CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD ( COUNTS II & IV )

FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: _[signature]_ ; Deputy Clerk     9/12/05 at Wilmington, DE
Signature of Issuing Officer             Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☒ Returned unexecuted: _See attached._

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  9-20-05
Date

Name of United States Marshal: DW Thomas

(by) Deputy United States Marshal: [signature]

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 1140 0002 6358 1881**
Status: **Return to Sender**

Your item was returned to the sender on September 19, 2005 because it could not be delivered as addressed.

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy