Filed in open court 9/22/05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-83-SLR |
| DAVID DONALDSON | : | |
| Defendant. | : | |

**RULE 12.4 DISCLOSURE STATEMENT BY GOVERNMENT**

Pursuant to Federal Rule of Criminal Procedure 12.4(a)(2), the United States discloses that NOVA Information Systems, Inc., one of the organizational victims in this case, is a Georgia corporation with a principal place of business in Atlanta, Georgia, with the operations center located in Knoxville, Tennessee. NOVA Information Systems, Inc. is a wholly owned subsidiary of U.S. Bank, N.A., which has a principal place of business in Cincinnati, Ohio. U.S. Bank, N.A., is a wholly owned subsidiary of U.S. Bancorp, Inc. a publicly traded company, with its stock listed and traded on the New York Stock Exchange. There are no entities which hold or own in excess of 10 percent of the ownership of U.S. Bancorp.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Shannon Thee Hanson
Shannon Thee Hanson
Assistant United States Attorney

Dated: September 21, 2005