IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 05-083-SLR ) |
| DAVID DONALDSON, | ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 4th day of November, 2005,

IT IS ORDERED that a telephonic status conference is scheduled for **Tuesday, November 22, 2005** at **9:30 a.m.**, with the court initiating said call.

                                               _____
                                               United States District Judge