IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 05-083-SLR |
| DAVID DONALDSON, | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 8th day of November, 2005, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Tuesday, November 22, 2005** at **9:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The telephonic status conference scheduled for **Tuesday, November 22, 2005** at **9:30 a.m.** is cancelled.

3. The time between this order and the **November 22, 2005** change of plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

                                                                   _____
                                                                   United States District Judge