TO: THE HONORABLE SUSAN L. ROBINSON
FROM: DAVID DONALDSON CASE # 05-0083
RE: PLEASE READ

MARCH 7, 06

ON FEB. 22, 2006 @ 4:45PM MY LIFE CHANGED.. "IT WAS NO LONGER MINE..." AS I LOOKED TO THE BACK OF THE COURTROOM TO SEE THE GREATEST LIFE PARTNER ANYONE COULD ASK FOR & A MAN, WHO SINCE HE WAS 9 YEARS OLD WAS LIKE A SON TO ME... BREAK DOWN IN TEARS I KNEW @ THAT MOMENT SOMETHING IN MY LIFE WAS WRONG. IN A DESPERATE ATTEMPT IN MY LIFE TO BE THE BEST, HAVE THE BEST, & GIVE MY FAMILY THE BEST THINGS IN LIFE... I TOOK IT ALL AWAY FROM THEM, AND REALIZED ALL THEY REALLY NEEDED & WANTED WAS ME. MY CRIME & PUNISHMENT OF INCARCERATION PALES 1000% IN COMPARISON TO THE SHAME, HURT, DISAPPOINTMENT, & EMBARRASSMENT I HAVE CAUSED TO MY "FAMILY". I HAVE THE GREATEST FIANCÉ & THE 3 GREATEST CHILDREN A MAN COULD ASK FOR, GREAT PARENTS (ALWAY THERE) & A FEW SELECT GOOD FRIENDS. BASED ON WHAT HAPPENED YOU MAY NOT BELIEVE THIS, BUT I SPEND COUNTLESS HRS, DAY, EVEN YEARS TRYING TO TEACH MY CHILDREN & THIS YOUNG MAN ROBERT (I MENTIONED EARLIER IN THIS LETTER) FROM DOING WRONG and TRYING TO TEACH THEM TO BE HONEST & STAY AWAY FROM DRUGS ECT. AND WHAT DO I DO TAKE THE WRONG PATH. MY FAMILY IS ALL THAT I HAVE & ALL THAT MEANS ANYTHING TO ME. THEY ARE MY HEART & SOUL. I WANT TO APOLOGIZE FIRST TO MY FAMILY, THE COURT, and MY FEW SELECT FRIENDS FOR MY ACTIONS

MY NOT ADDRESSING THE COURT @ SENTENCING WAS NOT A DISPLAY OF DISRESPECT OR NOT CARING. MY MIND & BODY BECAME COLD, BLANK, EMPTY JUST AS IF I WASN'T EVEN THERE. ITS SO AMAZING THE THINGS WE ALL TAKE FOR GRANTED IN OUR LIVES... THE AIR WE BREATHE, THE FOOD WE EAT, THE SUN, MOON, STARS, and THE PEOPLE THAT LOVE US AND FREEDOM

I JUST WANT TO SAY THANK YOU

YOUR SENTENCE WAS A REAL WAKE-UP CALL TO ME, and MADE ME

REALIZE WHAT IS IMPORTANT TO ME!!! "FAMILY" & THAT I WILL NEVER PUT THEM THROUGH THIS PAIN OR TAKE THEM FOR GRANTED EVER AGAIN.

THANK YOU ONCE AGAIN

[signature]

Melissa Heck
621 Fox Chase Circle
Bear DE 19701

WILMINGTON DE 197
02 MAY 2006 PM 2 L

FIRST-CLASS
USA

U.S.M.S
X-RAY

Chief Judge Sue L. Robinson
US District Court for District of Delaware
844 North King Street
Room 4209
Lockbox 31
Wilmington DE 19801

1980143513

