IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :

       Plaintiff,                    :

    _v_                                :           Case No. 5-CR-083-001SLR

                                    :

DAVID DONALDSON                    :

       Defendant.                    :

NOTICE OF DIRECT APPEAL

FILED
MAY 1 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

AND NOW COMES the Defendant, David Donaldson, appearing in Pro Se, and respectfully moves the Honorable Court, to enter and docket entry the aforementioned appeal. In support thereof, the Defendant states as follows:

    (a) The Defendant was sentenced before Honorable Court and sentenced was imposed by the Honorable Sue L Robinson; and

    (b) The Defendant ordered his counsel to file his Direct Appeal, nevertheless, as questions remains whether, Defendant had waived his appellate rights following the plea agreement and/or or waived including any appeal if the Court sentenced him within the Guideline; and

    (c) The Defendant reasonably believes is right to appeal is not foreclosed and he should be permitted to file his out-of-time appeal notwithstanding the 10 days tolling period, in which the default obligation was due to his counsel's failure to file the alleged Appeal.

WHEREFORE, the Defendant respectfully request the court to transmitt the foregoing request for a review by the appeal court, in the United States Court of appeals, for the third Circuit.

Dated. May 10 ,, 2006.

Respectfully submitted,

David Donaldson
No. 05009-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

2-2





David Donaldson
No. 05009-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Peter T. Dalleo
Office of the Clerk
United States District Court
for the District of delaware
844 KING Street
Wilmington, DE 19801

legal Mail: