FILED
MAY 16 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Your Honor,

REF #: 1:005-CR-083-001-SLR
DAVID DONALDSON 5/6-06

I don't know if I will get the privilege to see or speak to you in person, so I just wish to express myself to you about the change in my life. I have learned a great deal about my life & myself over the past few months, that are amazingly important:

1.) Unconditional Love & Support - My family & my few true friends have displayed a true unconditional love for me despite my careless actions. "A feeling that cannot be replaced".

2.) Strength & Foundation - I have been broken down & stripped of everything, yet found an inner strength to rebuild & make a stronger foundation.

3.) True Pain - Disappointing, embarrassing, & letting my fiancé & children down is a pain much worse than a gun or knife wound.

4.) I realized I did not like what I had become in search of what I wanted.

5.) I realized I had become what I despised most: materialistic & weak.

6.) I realized I could not run my business or my life with the principals I was practicing.

7.) The most important - I love my family more than any words could express, yet I took them for granted & owe them more than I could ever repay. But I'm certainly going to try.

In a desperate attempt to provide for my family what I thought was the best things in life, I took away the one thing they needed most... me. It took being locked away for

①

THESE MONTHS MONTHS FOR ME TO REALIZE I NEGLECTED & TOOK FOR GRANTED MY FAMILY & FRIENDS.... THAT I HAD BECOME WHAT I DESPISED MOST, MATERIALISTIC & WEAK. I AM GLAD TO HAVE BEEN STRIPPED OF MY POSSESSIONS. I FINALLY SEE THEY MEAN NOTHING. A WISE FRIEND ALWAYS TOLD ME MAKE THE MONEY DON'T LET THE MONEY MAKE YOU. I OBVIOUSLY DIDN'T LISTEN. MY FAMILY & MY RELATIONSHIP WITH GOD ARE THE MOST IMPORTANT THINGS TO ME. THIS SENTANCE HAS SAVED MY LIFE IN A BIG WAY. IT WAS THE WAKE-UP CALL THAT WORKED. IF NOT FOR THIS SENTANCE I FEAR I WOULD HAVE LOST MUCH MORE THAN POSSESSIONS, I WOULD HAVE LOST THE ONE THING I COULD NEVER REPLACE... MY FAMILY. I HAVE THE GREATEST LIFE PARTNER & THE 3 GREATEST CHILDREN A MAN COULD EVER ASK FOR (13, 4, & 8 MONTHS OLD) THEY ARE MY HEART & SOUL. I WAS SO BUSY TRYING TO BUILD A BUSINESS TO SUPPORT THEM & SHOWER THEM WITH THE BETTER THINGS IN LIFE, I FORGOT ABOUT THEM & GOT MORE WRAPPED UP IN WHAT I COULD GIVE THEM, NOT WHAT WE ALREADY HAD, EACH OTHER. I'VE DONE MANY STUPID THINGS IN MY LIFE BUT THIS WAS BY FAR THE WORST. I'VE ALWAYS BELIEVED IN BEING UP FRONT, HONEST, HONORABLE, & CARING. I'VE ALWAYS TRIED TO TEACH MY CHILDREN HONESTY, LOYALTY, VALUES, MORALS, WORK ETHICS, RESPECT & HOW TO BUILD STRENTH, SOMEHOW I LOST SIGHT OF IT MYSELF. MY WORLD HAD TO BE SHAKEN UP FOR ME TO GET IT, THANK GOD I DID.

ALMOST EVERY LETTER OR PHONE CALL I SHARE WITH MY FIANCÉ MELISSA OR MY FRIEND CHARLTON WE HAVE THIS DISCUSSION ABOUT OUR CHILDREN OF TODAY BEING IN BIG, BIG TROUBLE, HOW THEY ARE DYING, KILLING, BEING MOLESTED, DROPPING OUT OF SCHOOL, HAVING BABIES, HOW THERE IS NO MORAL FIBER

NO WORK ETHIC, RESPECT FOR EDUCATION, MONEY, ELDERS, & WORST OFF, THEMSELVES. I DONT WANT THIS TO BECOME MY CHILDREN & IF I CAN HELP ANY OTHER FROM FOLLOWING THAT PATH, THAT IS MY GOAL. IM SORRY TO MAKE THIS SO LONG, IT'S JUST VERY IMPORTANT TO ME & I FINALLY REALIZED IT. WE AS A SOCIETY OF PARENTS, TEACHERS LEADERS, & ROLE MODELS HAVE FAILED OUR CHILDREN. WE NEED TO REGAIN OUR FAMILY STRUCTURE & REBUILD THEM. I BEG OF YOUR HONOR TO PLEASE HAVE MERCY ON ME & MY FAMILY. I HAVE ASKED GOD FOR FORGIVENESS & I PLEASE ASK OF YOU TO ALLOW ME ONE MORE CHANCE. I WILL NOT DISAPPOINT THE COURTS, THE COMMUNITY OR MY FAMILY.

In Conclusion I WOULD LIKE TO ASK YOUR HONOR RESPECTFULLY TO PLEASE OPEN YOUR HEART & CONSIDER MY REQUEST TO REDUCE MY INCARCERATION TIME SO THAT I MAY BEGIN TO REBUILD MY FAMILY, LOVE & CHERISH THEM, SPEND PRECIOUS TIME WITH MY PARENTS, SERVE MY COMMUNITY HELPING CHILDREN, REPAY MY RESTITUTION & MOST IMPORTANT, BUILDING A BETTER ME.

THANK YOU
GOD BLESS

DAVID DONALDSON



David Donaldson 65009-015
FDC Phila 1
P.O. Box 562
Phila PA 19105

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST Lockbox 18
Wilm DE 19801-3570

Attn: Honorable Sue L. Robinson

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL