REDACTED

Melissa Heck
621 Fox Chase Circle
Bear, DE 19701

March 4, 2006

CR 05 83 (SLR)



FILED
MAY 1 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BJ Scanned

To Whom It May Concern:

This letter is to serve as a character reference for David Donaldson who was incarcerated on February 22, 2006 for access device fraud and conspiracy to commit access device fraud. I am his fiancée who has known David since 1996 and has been involved in a personal relationship since 1998. I met him through a retail store that my parents had opened and hired him on to serve as their retail manager. At the time, he was the owner and operator of a transportation company and was looking for something else to do as the company at that time was self-sufficient and he wanted to do something else. My first impression of him was that he was a nice guy who had a genuine smile and a sincere interest in maintaining his professionalism. He dressed nicely and drove a nice vehicle. After about 6 months, he had asked me and my then boyfriend if we would like to become drivers for his limousine service and provide shuttle transportation at a nearby mall during the Christmas season. He was always a pleasure to work with and paid us in a timely manner. We went out on several dinners with David and his friends, at which time I learned more about his then 8 year old daughter B▮▮▮▮, his then girlfriend Michelle, and his x-girlfriend/mother of his child, Donna. He had the deepest love and adoration for his daughter and you could tell that everything he was doing was indirectly to give her a better life. His girlfriend was a heroin addict, as he'd come to find out shortly after they got together, and he'd taken her on as his own personal goal to try and help her break the habit. He learned the hard way that you cannot change someone who is not ready to be changed. Their relationship crumbled within 1 ½ years. Donna and he had a long history together and apart. Though he knew they would never make it as a couple, he always kept a civil relationship with her so that their daughter, B▮▮▮▮ would not have to suffer. After a while, I began to grow fond of David. We spent a lot of time together and talked about family, friends, and life. I was in college, going to nursing school at the University of Delaware for my bachelor's degree as a registered nurse when we began to see each other. He asked me to be a part of his company and I had agreed, becoming financially involved by signing for some of his vehicles. I had moved in with him, although I'd kept my apartment during the time I'd lived with him. Things were going well. One night at 3:30AM, I got a phone call from his best friend, Gary Arters, telling me to get up and come down to the office because there was a fire. When I got there, 7 vehicles had just been extinguished, 6 of which were completely destroyed by the fire. After a long investigation, the cause was determined to be arson, but no one was charged for the crime. David, Gary, and I had 2 very good ideas as to who the suspects may have been; however, the investigation that followed never proved it. To this day, we

don't know for sure who had set the fire. I had a lot to lose in that fire. My name was signed to 4 of the 6 vehicles and in the aftermath, David and I separated, I lost my apartment, I filed for bankruptcy, and had to take our then 1 year old daughter J███ with me to live with my parents. David was very depressed and disheartened by the whole set of events. He would say to me that he never imagined something like this ever happening to "us" and he wished there was something he could do to turn things around. He cried in front of me (something I'd never seen him do before). He told me that it was best that I stayed at my parents until I got back up on my own 2 feet and that he would be okay, that he was a survivor and would find a way. It was during this time that all of the criminal activity began with the credit cards. I would ask David how he was affording his new apartment and new car and able to give me money to help buy diapers and pay my parents for babysitting. He would tell me that he was working very hard and had found a partner for a new business, an automotive shop. I saw the twinkle in his eye come back to him. He would tell me over and over how all he ever wanted to do was to provide me with everything that the kids and I would ever want and need. I always told him that it wasn't necessary. All I wanted was a loving, strong family with food on our table, clothes on our backs, and a roof over our heads. That everything else didn't matter. We talked about getting married all the time. He wanted a big wedding, I wanted a smaller wedding. He wanted it outdoors and I didn't care if it was in a JP court. We had our fair share of fights and arguments. David would tell me later how he got the money to open the automotive shop and I was there to witness the landlord take it away from him by locking down the doors to his shop and illegally holding everything, including his car because of a disagreement they'd had. In the end, he lost the shop.

    David is a loving father who has always thought about the welfare of his family first. He may not think things through to the very end, and it is obvious that his decision making skills lacks the ability of considering the repercussions for his actions, but he never does anything out of malice or deceit. He fights with every ounce of energy to try and provide for his family. Even his best friend Gary Arters, who he got involved with this mess, would still consider himself David's best friend, despite the fact that he can have no contact with David whatsoever. Gary's wife has been in contact with me, cooked me dinners, and watched our kids for the last week and a half. She's even filled out a form to be an approved visitor to see David in prison. You may ask how it is that someone whom you considered had no respect for authority, family, or friends would still have the support from his family and friends. David certainly may have taken us all to hell and back with the way his life has run its course, but he is truly a compassionate man with a heart of gold. People that know him well are afraid of his lack of ability to necessarily think things through, but would always be there to support him because if the situation was reversed, we know that he'd do the same for us. Although it may appear that David has disrespect for authority, it really isn't the case. David is someone who has always been a "tell it like it is" person. He's had a lot of contact with authority figures and some value his honesty and ability to put the truth out there. Others feel that he comes across too strongly and gain a dislike toward him as a result. If ever he got himself in trouble, for instance, being pulled over in a vehicle he was driving without a driver's license, he would tell the officer up front what the case was instead of waiting for the officer to figure it out on his own. Often times, the officer would write up the ticket as he was supposed to and comment to David that it was rare that they meet people that

are that straight forward with them. Being a nurse by profession probably sheds a lot of light on my character as well since usually nurses tend to be loving, caring, and giving people. I know that it is my problem to deal with the financial catastrophe that has been left behind as a result of the 30 month sentence and I will take it as it comes. Do I agree with you that jail time was necessary? As surprising as this may sound, I think you should know that my answer is yes. I think the only way to make David understand his wrong thinking was to incarcerate him. I think you have done something that no one else could, and that was to make him realize that short cuts don't always pan out. Over the last week and a half, I have had several phone calls with David. He has fallen apart and hit rock bottom. To hear him tell me that when he gets out, he doesn't care if he has to work at a grocery store to make things work is something that I never in my life would have ever expected to come out of his mouth. That used to be below him. And it wasn't just the words that he said, it was the conviction behind the words and how he said it that shocked me. I think he may finally be rehabilitating himself and I thank you for that. Do I feel that 30 months was a correct sentence for him? No. I know when the decision was made; all you had to go off of was what was in the pre-sentencing report. Mr. Durkin did take the time to question me; however, I felt at the time that it was an invasion of my privacy. I had nothing to do with David's stupidity 3 years ago and I didn't like the fact that I was being questioned about my personal finances and relationship with him. I am an honest person who likes to have my privacy, so I didn't disclose a lot of information; I gave him yes/no responses most of the time. As a result, I now know, you didn't get to read about the other side of David and I hope this letter helps to fill in those gaps about his character.

Melissa Heck

*/s/ Melissa Heck*