**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S.COURTHOUSE
WILMINGTON, DELAWARE 19801

May 26, 2006

David Donaldson
#05009-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA  19105

       Re:  **United States v. David Donaldson**,
            Crim. No. 05-083-SLR

Dear Mr. Donaldson:

      The court is in receipt of your letter dated May 16, 2006, wherein you request a reduction of sentence. Because you are seeking relief from the court, your request should be in the form of a motion, not a letter. However, since your case is on appeal to the United States Court of Appeals for the Third Circuit, all inquiries and concerns should be directed there, instead of this court.

                                    Sincerely,

                                    Sue L. Robinson

cc:  Clerk of Court