IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :

    Plaintiff,                  :

                                :

    vs.                         :     Criminal No.:05-CR-083-001-SLR

                                :

DAVID DONALDSON,                  :

    Defendant.                  :

RECEIVED JUN 20 2006 SUE L. ROBINSON U.S. DISTRICT JUDGE

## MOTION FOR TRANSCRIPT OF SENTENCING

AND NOW COMES the Defendant David Donaldson appearing in Pro Se and respectfully moves the Honorable Court for a full and complete copy of his sentencing Transcript before Honorable Sue L. Robinson on or around March 15, 2006. In support thereof the defendant states as follows:

    (a) The above referenced document is essential and peculiar towards the appeal and chances are material omission of downward departures factors were known to the court and counsel represented the defendant, however, was not presented for argument properly; and

    (b) The Defendant wants to use the transcript to ascertain facts already presented especially whether counsel argued that he could have gotten a Probation under Chapter 5B1.1 of the Federal Sentencing Guidelines, thus, treaming down his Zone to a given Zone B or C so as to permit that requirement that satisfy a Probation as an alternative to incarceration;

    (c) The Defendant was convicted and sentenced in violation of Title 18 U.S.C. Section 1029(a)(5) and (b)(2). Therefore, wants to declare on appeal and/or post conviction that his sentence was unreasonable.

In <u>U.S. v. Banks</u>, (M.D. Pa) (1974), 369 F.Supp 951(Indigent is etitled to trial transcript for appeal purpose).

WHEREFORE, for the resons above and any that may become apparent to the court, the defendant respectfully prays that his Sentencing transcript be issued and mailed to him herein.

Dated. 6/7 , 2006.

                                                    Respectfully submitted,

Pro Se Help:

G. Awala

See: <u>Shawn v. Murphy</u>
    532 US 223(Right of Prison
    inmate to provide legal
    assistance to other prisoners).

David Donaldson
No. 05009-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

2-2

David Donaldson
No. 05007-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105



PHILADELPHIA PA 191

08 JUN 2006 PM 5 T

Sue L. Robinson
Office of the Clerk
United States District Court
for the District of Delaware
601 Market Street
Wilmington, Delaware 19801

legal Mail: