IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-083-SLR |
| | ) |
| DAVID DONALDSON, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 22d day of June, 2006, having reviewed defendant's motion request for the transcript of his sentencing hearing;

IT IS ORDERED that said motion (D.I. 25) is granted.

_____
United States District Judge