## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | | District  Delaware | |
|---|---|---|---|
| Name (under which you were convicted): <br> David Donaldson | | | Docket or Case No.: <br> 05-83 |
| Place of Confinement: <br> FPC Schuylkill | | Prisoner No.: <br> 05009-015 | |
| UNITED STATES OF AMERICA | | Movant (include name under which you were convicted) 7 5 9 | |
| | v. | DAVID DONALDSON | |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____

   U.S. District Court for Delaware

   Wilmington, DE

   (b) Criminal docket or case number (if you know): 05-83 (SLR)

2. (a) Date of the judgment of conviction (if you know): November 22, 2005

   (b) Date of sentencing:  February 22, 2006

3. Length of sentence:  30 Months

4. Nature of crime (all counts):  Access device fraud, 18 U.S. Code ¶ 1029(a)(5)

5. (a) What was your plea? (Check one)

   (1)  Not guilty ❑          (2)  Guilty ☒          (3)  Nolo contendere (no contest) ❑

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)          Jury ❑          Judge only ❑

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?    Yes ☒    No ☐

9. If you did appeal, answer the following:

(a) Name of court:   U.S. Court of Appeals for the Third Circuit

(b) Docket or case number (if you know):   06-2719

(c) Result:   Motion for Voluntary Dismissal granted

(d) Date of result (if you know):   11/ /06

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions,

petitions, or applications concerning this judgment of conviction in any court?

Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❑ No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❑   No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

(1) First petition:        Yes ❑    No ❑

(2) Second petition:    Yes ❑    No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly

why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE:  Denial of effective assistance of counsel at sentencing.

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See reverse side of this page. _____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

Appeal withdrawn on Petitioner's motion as this claim had to be presented

in this petition and not on direct appeal. _____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

At Petitioner's sentencing on 2/22/06, Petitioner's attorney failed to present available evidence in mitigation of sentence to support an argument that Petitioner should receive a lesser sentence in consideration of the factors set forth in 18 U.S. Code §3553(a), including the substantial disparity from the probationary sentence that the court imposed upon Petitioner's codefendant Gary Arters, that there should also be a variance based upon the Petitioner's early acceptance of responsibility, such as his statement to the authorities admitting his involvement as well as the testimony of Petitioner's character witnesses (attached are affidavits executed by Melissa Heck and Robert Fontanez). Counsel should have objected to the court's failure to comply with the requisite sentencing methodology as set forth in <u>United States v. Booker</u>, 543 U.S. 220 (2005) and <u>United States v. Cooper</u>, 437 F. 3d 324 (3rd Cir. 2005), which was brought to the court's attention by the Government although without objection from defense counsel. Therefore, this case requires a new sentencing where all of the §3553(a) factors may be appropriately considered, not just the applicable sentencing guidelines range.

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND TWO: _____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ❑   No ❑

   (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ❑   No ❑

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ❑   No ❑

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ❑   No ❑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ❑   No ❑

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏    No ❏

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏    No ❏

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏    No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏    No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏    No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND FOUR: _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❑ No ❑

   (2) If you did not raise this issue in your direct appeal, explain why: _____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ❑ No ❑

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ❑   No ❑

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❑   No ❑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑   No ❑

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or
raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have not previously presented in some federal court?
If so, which ground or grounds have not been presented, and state your reasons for not
presenting them: _____

_____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court
for the judgment you are challenging?      Yes ☐   No ☐
If "Yes," state the name and location of the court, the docket or case number, the type of
proceeding, and the issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following
stages of the judgment you are challenging:
(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____
_____

(f) In any post-conviction proceeding: _____
_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____
_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in
the same court and at the same time?    Yes ❑ No ❑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that
you are challenging?    Yes ❑ No ❑

(a) If so, give name and location of court that imposed the other sentence you will serve in the
future: _____
_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the
judgment or sentence to be served in the future?    Yes ❑ No ❑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*_____Petition is timely._____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: _____
_____ a new Sentencing hearing _____

_____

or any other relief to which movant may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____
_____ (month, date, year).

Executed (signed) on ___12/1/06___ (date).

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____
_____
_____

IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

\* \* \* \* \*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | :  Docket No: 05-83 (SLR) |
| | : |
| DAVID DONALDSON | : |

## AFFIDAVIT OF MELISSA HECK

COMES NOW, Melissa Heck, ·               Cear, Delaware          being
duly sworn according to law, and hereby deposes and avers that the following
information is true and correct to the best of my knowledge, information and
belief:

1.    I was present at the sentencing of David Donaldson on Wednesday,
February 22, 2006 at the United States Courthouse in Wilmington, Delaware
before the Honorable Sue L. Robinson, Chief Judge.  Counsel for Mr. Donaldson,
Anthony A. Figliola, Jr., Esquire, was present but did not speak with me about my
being a witness in court for Mr. Donaldson, with whom I lived at the time and who
is the father of my two children.  I was not called as a witness although I was
willing and prepared to testify to Mr. Donaldson's good character.  At no time prior
to that sentencing did Mr. Figliola prepare me to testify, interview me for this
purpose, or even approach me to solicit me to testify on David's behalf.

2.    Had counsel for the Defendant interviewed me, I would have informed
him, as I was prepared to testify before the Court, that David Donaldson was an

excellent father to my two children, J      ı (then age 4) and T      (then age 6 months). I was also prepared to testify as to the kind of father the Defendant was to his daughter B.    then age 13). I wanted the court to know that the Defendant's absence from his family situation would cause a devastating negative effect upon myself and all three of his children, which has in fact occurred. Although I wanted to inform the court of this information, Mr. Figliola did not provide me with the opportunity to so testify.

3.    If there is another hearing before the court, I am prepared to testify to the above.

Respectfully submitted,

MELISSA HECK

Bear, Delaware
Date of Birth:      , 1978

DATED: 11/7/06

GERALDINE E. HUSS
NOTARY PUBLIC OF DELAWARE
My Commission Expires June 30, 2007

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| vs. | : | Docket No: 05-83 (SLR) |
| | : | |
| DAVID DONALDSON | : | |

## AFFIDAVIT OF ROBERT FONTANEZ

COMES NOW, Robert Fontanez,                    ?, Wilmington,

Delaware      being duly sworn according to law, hereby deposes and avers

that the following information is true and correct to the best of my knowledge,

information and belief:

1.    I was present at the sentencing in the above matter on February 22,

2006 but I was not asked to testify on the Defendant's behalf. His attorney did

not interview me as a potential character witness.

2.    I have known  David Donaldson since I was ten (10) years old. I would

have informed the court, had I been given the opportunity to so testify, that David

was more of a father to me than my own father and stepfather. David allowed me

to be employed in his business and took me under his wing. Even though I may

have made some mistakes that were costly to his business, he never fired me from

the job. I have seen David Donaldson's interaction with his children and I can

attest that he has been and I believe will always be completely dedicated to the

welfare and betterment of his three children. His character has always been

excellent in my eyes.

3. If there is another hearing before the court, I am prepared to testify to the above.

Respectfully submitted,

ROBERT FONTANEZ

Wilmington, Delaware
Date of Birth:      , 1979

DATED: 11/15/06

Sworn and subscribed on
the 15th day of November, 2006

Notary

MARIA L CRUZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 15, 2007

BURTON A. ROSE, ESQUIRE
Attorney-at-Law
1731 Spring Garden Street
Philadelphia, PA 19130-3893

FIRST CLASS MAIL

U.S. District Court of Delaware
ATTN: Clerk's Office
844 N. King Street
Lockbox 18
Wilmington, DE 19801



02 1A
000436172    $ 02.55°
DEC 07 2006
MAILED FROM ZIP CODE 19130



