UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Shannon Thee Hanson, Esq.
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

RE: **NOTICE OF FILING OF A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. 2255**

Dear Ms. Hanson:

Pursuant to Rule 3 of the rules governing the procedure in the District Court on a motion under 28 U.S.C. 2255, a copy of the motion is herewith served upon you together with the notice that the motion was filed on December 8, 2006 as follows:

**UNITED STATES OF AMERICA v. DAVID DONALDSON
Criminal Action No. 05-83-SLR**

Sincerely,

*Francesca Pascale*
Deputy Clerk

I hereby acknowledge receipt of the original of this notice together with a copy of the motion on the _____ day of _____, 2006.

_____
Signature

_____
Title

Date:   **December 13, 2006**

cc:     Burton A. Rose, Esquire
        1731 Spring Garden Street
        Philadelphia, PA 19130-3893