IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DONALDSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES of AMERICA, )<br>)<br>Respondent. ) | Criminal Action No. 05-83-SLR<br>Civil Action No. 06-759-SLR |

### O R D E R

At Wilmington this 11th day of January, 2007, IT IS HEREBY ORDERED that the government shall respond to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, on or before ___March 12, 2007___. Petitioner is represented by counsel in this proceeding.

_____
United States District Judge