IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 05-083-SLR |
| ) | Civ. No. 06-759-SLR |
| DAVID DONALDSON, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 3d day of May, 2007, having considered plaintiff's unopposed motion;

IT IS ORDERED that said motion (D.I. 36) is granted. Defendant's former counsel, Anthony A. Figliola, Jr., Esquire, shall turn over any relevant documentation to plaintiff by June 1, 2007.

IT IS FURTHER ORDERED that plaintiff shall file the affidavit of Mr. Figliola, along with supporting documentation, by June 29, 2007. Defendant may file a response by July 30, 2007.

_____
United States District Judge