# BURTON A. ROSE
### ATTORNEY AT LAW

July 11, 2007

1731 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3893
(215) 564-5550  FAX (215) 567-6809
EMAIL:barose@baroselaw.com

Honorable Sue L. Robinson
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
Room 6124, Lock Box 31
844 N. King Street
Wilmington, DE 19801



RECEIVED
JUL 13 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

    RE:   United States v. David Donaldson
            Criminal No. 05-083
            Civil Action No. 06-759

Dear Judge Robinson:

    I have had the opportunity to review the Government's Supplemental Response to Mr. Donaldson's motion for relief under 28 U.S. Code § 2255 with Mr. Donaldson and his family. The Defendant has concluded that it would be appropriate at this time to withdraw the Petition for a Writ of Habeas Corpus.

    Accordingly, I respectfully request leave of court to withdraw the client's Petition under 28 U.S. Code § 2255. Thank you for your consideration.

Respectfully submitted,

BURTON A. ROSE
Attorney for David Donaldson, Petitioner

BAR/cab
cc: Shannon Thee Hanson, Esquire
    David Donaldson